# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENALI CO., LLC, a Michigan limited liability company; and, DENALI FLAVORS, INC., a Michigan corporation,<br><br>Plaintiff,<br><br>v<br><br>MICHAEL O'SULLIVAN, d/b/a MOOSE VENTURES CORP and/or d/b/a MOOSE TRACKS COFFEE ROASTERS; and, MOOSE VENTURES CORP d/b/a MOOSE TRACKS COFFEE ROASTERS,<br><br>Defendants.<br>_____/ | Case No.<br><br>Hon.<br><br>**PLAINTIFFS DENALI CO, LLC'S AND DENALI FLAVORS, INC.'S MOTION FOR *PRO HAC VICE* ADMISSION** |
| Tory A. Weigand<br>MORRISON, MAHONEY & MILLER, LLP<br>250 Summer Street<br>Boston, MA  02210-1181<br>V:  (617) 737-8827<br>F:  (617) 342-4947  FAX<br>tweigand@mail.mm-m.com<br><br>Mark H. Verwys (P23803)<br>PLUNKETT & COONEY, P.C.<br>333 Bridge St NW, Suite 530<br>Grand Rapids, MI  49504<br>V:  (616) 752-4602<br>F:  (616) 752-4607<br>mverwys@plunkettcooney.com<br><br>Attorneys For Plaintiffs Denali Co., LLC and Denali Flavors, Inc. | FILING FEE PAID:<br>RECEIPT #_____ 5446<br>AMOUNT $_____ 50.00<br>BY DP_____<br>DATE  3/9/04<br><br><br>Attorneys For Defendants |

Plaintiffs Denali Co., LLC and Denali Flavors, Inc., by their attorneys Morrison, Mahoney & Miller, LLP, move this Court to grant admission *pro hac vice* to Mark H. Verwys of Plunkett & Cooney, P.C. In support of this motion, plaintiffs state:

1

1. The undersigned is an attorney of the Commonwealth of Massachusetts and is familiar with the facts set forth herein.

2. Denali Co., LLC and Denali Flavors, Inc. ("Denali") recently initiated this action to enjoin and recover compensatory and punitive damages from the defendants for their infringement of Denali's federally-protected trademarks and unfair competition. As set forth in more detail in plaintiffs' verified complaint, Denali is the owner of a number of protected and perfected trademarks, including the name Moose Tracks® and a distinctive moose head caricature logo, which are widely associated in the marketplace with related formulas and flavor profiles for ice cream, ice cream novelties, pies and related ingredients. Defendants are engaged in the restaurant business in Leominster, Massachusetts, and as set forth more fully in Denali's complaint have infringed and continue to infringe upon Denali's trademarks by utilizing, *inter* alia, Denali's federally-registered name for food products, Moose Tracks®, as well as a stylized moose caricature similar to Denali's.

3. Attorney Mark H. Verwys ("Mr. Verwys") is the managing shareholder of the Grand Rapids, Michigan office of Plunkett & Cooney, PC.

4. Mr. Verwys was admitted to practice before the bar of the State of Michigan in 1974, and has been a member in good standing since that date. He has also been admitted to practice before the United Stated Court of Appeals for the Sixth Circuit and the United States District Courts for the Eastern and Western Districts of Michigan, and has previously been admitted *pro hac vice* in a number of other federal district courts. Mr. Verwys is certified as a Civil Trial Specialist by the National Board of Trial Advocacy. [See attached supporting Affidavit of Mark H. Verwys.]

5. Mr. Verwys has never been censured, suspended, disciplined or disbarred by any court, and there is no disciplinary action, contempt, or other proceeding pending against him before any court.

6. Mr. Verwys is familiar with the Local Rules of the United States District Court of the District of Massachusetts.

7. The law firm of Plunkett & Cooney, PC, through Mr. Verwys, has had an attorney-client relationship with Denali for an extended period of time and has represented Denali in several similar actions. Denali has requested that Mr. Verwys, its intellectual property litigation counsel, represent it in this action because of his previous experience with and knowledge of the facts giving rise to the claims in this action.

WHEREFORE, Plaintiffs Denali Co., LLC and Denali Flavors, Inc. respectfully request that their Motion for *Pro Hac Vice* Admission of Mark H. Verwys, be **GRANTED**.

Dated: March ___, 2004

Respectfully Submitted,
The Plaintiffs,
DENALI CO., LLC and
DENALI FLAVORS, INC.
By their attorneys,

MORRISON, MAHONEY & MILLER

Tory A. Weigand, BBO #548553
250 Summer Street
Boston, MA 02210
(617) *439-7500*

*Local Counsel for Plaintiffs*

Branches.10464.34821.1285134-1

3