## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENALI CO., LLC, a Michigan limited liability company; and, DENALI FLAVORS, INC., a Michigan corporation,<br><br>    Plaintiff,<br><br>v<br><br>MICHAEL O'SULLIVAN, d/b/a MOOSE VENTURES CORP and/or d/b/a MOOSE TRACKS COFFEE ROASTERS; and, MOOSE VENTURES CORP d/b/a MOOSE TRACKS COFFEE ROASTERS,<br><br>    Defendants.<br>_____/ | Case No.<br><br>Hon.<br><br>**AFFIDAVIT OF MARK H. VERWYS IN SUPPORT OF PLAINTIFFS' MOTION FOR *PRO HAC VICE* ADMISSION** |
| Tory A. Weigand<br>MORRISON, MAHONEY & MILLER, LLP<br>250 Summer Street<br>Boston, MA 02210-1181<br>V: (617) 737-8827<br>F: (617) 342-4947 FAX<br>tweigand@mail.mm-m.com<br><br>Mark H. Verwys (P23803)<br>PLUNKETT & COONEY, P.C.<br>333 Bridge St NW, Suite 530<br>Grand Rapids, MI 49504<br>V: (616) 752-4602<br>F: (616) 752-4607<br>mverwys@plunkettcooney.com<br><br>Attorneys For Plaintiffs Denali Co., LLC and Denali Flavors, Inc. | Attorneys For Defendants |

The undersigned, Mark H. Verwys, being duly sworn, deposes and says as follows:

1

1.    I make this Affidavit in support of a motion seeking admission *pro hac vice* in the above-captioned matter.

2.    I am the managing shareholder of the Grand Rapids, Michigan office of the law firm of Plunkett & Cooney, PC, with offices at 333 Bridge Street, N.W., Suite 530, Grand Rapids, Michigan 49504.

3.    I was admitted to practice before the bar of the State of Michigan in 1974, and have been a member in good standing since that date.  I have also been admitted to practice before the United States Court of Appeals for the Sixth Circuit and the United States District Courts for the Eastern and Western Districts of Michigan, and I have previously been admitted *pro hac vice* in a number of other federal district courts. I am certified as a Civil Trial Specialist by the National Board of Trial Advocacy.

4.    I have never been censured, suspended, disciplined, or disbarred by any court.  In addition, no disciplinary action, contempt, or other proceeding is pending against me before any court.

5.    I seek admission to this Court for the limited purpose of appearing on behalf of Plaintiffs Denali Co. LLC and Denali Flavors, Inc. in the above-captioned action.  I have had an attorney-client relationship with Denali for an extended period of time and have represented Denali in several similar actions.  As its intellectual property litigation counsel, Denali has requested that I represent it in this action because of my previous experience with and knowledge of the facts giving rise to the claims in this action.

6.    I am familiar with the Local Rules of the United States District Court of the District of Massachusetts

2

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 1ST DAY OF MARCH, 2004.

_____     Mark H. Verwys

Subscribed and sworn to before me this __1st__ day of March, 2004.

_____

_____Joan Mulder_____, Notary Public
Ottawa acting in
Kent County, State of Michigan
My commission expires: ___5·3·08___

Branches.10464.34821.1285478-1

3