AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

DENALI CO., a Michigan limited liability company; and DENALI FLAVORS, IINC., a Michigan corporation,

V.

MICHAEL O'SULLIVAN d/b/a MOOSE VENTURES CORP and/or d/b/a MOOSE TRACKS COFFEE ROASTERS: and MOOSE VENTURES CORP d/b/a MOOSE TRACKS COFFEE ROASTERS,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04 10476 NG

TO: (Name and address of Defendant)

Michael O'Sullivan, Resident Agent
Moose Ventures Corp d/b/a
Moose Tracks Coffee Roasters
975 Merriam Ave.
Leominster, MA 01453-1220

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Tory A. Weigand
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, MA 02210-1181

Mark H. Verwys (P23803)
Plunkett & Cooney PC
333 Bridge St., NW, Ste. 530
Grand Rapids, MI 49504

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  3-9-04

◎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3/12/04 |
| NAME OF SERVER (PRINT) William Lavallee | TITLE Process Server & Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Caliene Isaacs, Partner/Owner

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $15.00 | TOTAL $15.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/12/04
  Date

Signature of Server: *William Lavallee*
Process Server & Disinterested Person

Address of Server: 92 State St., Boston, MA 02109

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.