**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DENALI CO., LLC, a Michigan limited liability company; and, DENALI FLAVORS, INC., a Michigan corporation, <br><br> Plaintiff, <br><br> v <br><br> MICHAEL O'SULLIVAN, d/b/a MOOSE VENTURES CORP and/or d/b/a MOOSE TRACKS COFFEE ROASTERS; and, MOOSE VENTURES CORP d/b/a MOOSE TRACKS COFFEE ROASTERS, <br><br> Defendants. | Case No. 1-04-cv-10476NG <br><br> Hon. Nancy Gertner <br><br> **STIPULATED CONSENT JUDGMENT** |
| Tory A. Weigand <br> MORRISON, MAHONEY & MILLER, LLP <br> 250 Summer Street <br> Boston, MA 02210-1181 <br> V: (617) 737-8827 <br> F: (617) 342-4947 FAX <br> tweigand@mail.mm-m.com <br><br> Mark H. Verwys (P23803) <br> PLUNKETT & COONEY, P.C. <br> 333 Bridge St NW, Suite 530 <br> Grand Rapids, MI 49504 <br> V: (616) 752-4602 <br> F: (616) 752-4607 <br> mverwys@plunkettcooney.com <br><br> Attorneys For Plaintiffs | Merton A. Thompson <br> BURNS & LEVINSON LLP <br> 125 Summer Street <br> Boston, MA 02110-1624 <br> V: 617-345-3697 <br> F: 617-345-3299 <br> mthompson@burnslev.com <br><br><br><br><br><br><br><br> Attorneys For Defendants |

**STIPULATION**

Plaintiffs Denali Co., LLC and Denali Flavors, Inc., by their attorneys Morrison, Mahoney & Miller, LLP and Plunkett & Cooney, PC, and Defendants Michael O'Sullivan d/b/a Moose Ventures Corp and/or d/b/a Moose Tracks Coffee Roasters; and Moose Ventures Corp d/b/a Moose Tracks Coffee Roasters, by their attorneys Burns & Levinson, LLP, stipulate that the following Consent Judgment may be entered in full resolution of the claims alleged in Plaintiff's Complaint.

| | |
|---|---|
| DENALI CO., LLC and DENALI FLAVORS, INC. | MICHAEL O'SULLIVAN, d/b/a MOOSE VENTURES CORP and/or d/b/a MOOSE TRACKS COFFEE ROASTERS; and, MOOSE VENTURES CORP d/b/a MOOSE TRACKS COFFEE ROASTERS. |
| MORRISON, MAHONEY & MILLER | BURNS & LEVINSON LLP |
| _____ May 20, 2004<br>Tory A. Weigand, BBO #548553 | _____ May 14, 2004<br>Merton A. Thompson, BBO # 637056 |
| PLUNKETT & COONEY, PC | |
| _____<br>Mark H. Verwys (P23803)  May 11, 2004 | |

### CONSENT JUDGMENT

Plaintiffs and Defendants having stipulated to entry of a Consent Judgment in full resolution of the claims alleged in Plaintiff's Complaint, and the Court being fully advised:

IT IS HEREBY ORDERED THAT:

1. Defendants shall immediately commence efforts to change the name of their restaurant from "Moose Tracks Coffee Roasters" to "Rustic Moose Coffee Co".

2. From and after the dates set forth in Paragraph 5, calculated from the date of entry of this Consent Judgment, Defendants, and their employees, servants, agents, licensees, prospective licensees and all others acting in concert with them, shall not, without the express written permission of Plaintiffs, use in any manner any Federally-registered or common law tradename or trademark owned by or licensed to Plaintiffs, or any other mark which is a colorable imitation thereof, including but not limited to: Moose Tracks®, and Bear Claw®. For purposes of this Consent Judgment, "use" includes, but is not limited to, employment of a tradename or trademark on or in packaging, websites, print media, audio media, video media, newsletters, invoices, product lists, clothing, signs, cups, bags, napkins, stationery, business cards, menus, billboards, mailers and/or customer contacts to advertise, promote, sell, distribute, manufacture and/or otherwise deal commercially or non-commercially with coffee, desserts, ice cream, ice

cream novelties, dairy products, toppings and any other food product in International Class 030.

3.  From and after the dates set forth in Paragraph 5, calculated from the date of entry of this Consent Judgment, Defendants, and their employees, servants, agents, licensees, prospective licensees and all others acting in concert with them, shall not, without the express written permission of Plaintiffs, use a series of track marks similar to the following



on or in packaging, websites, print media, audio media, video media, newsletters, invoices, product lists, clothing, signs, cups, bags, napkins, stationery, business cards, menus, billboards, mailers and/or customer contacts to advertise, promote, sell, distribute, manufacture and/or otherwise deal commercially or non-commercially with coffee, desserts, ice cream, ice cream novelties, dairy products, toppings and any other food product in International Class 030.

4.  From and after the dates set forth in Paragraph 5, calculated from the date of entry of this Consent Judgment, Defendants, and their employees, servants, agents, licensees, prospective licensees and all others acting in concert with them, shall not, without the express written permission of Plaintiffs, use a moose caricature graphic similar to the following:



on or in packaging, websites, print media, audio media, video media, newsletters, invoices, product lists, clothing, signs, cups, bags, napkins, stationery, business cards, menus, billboards, mailers and/or customer contacts to advertise, promote, sell, distribute, manufacture and/or otherwise deal commercially or non-commercially with coffee, desserts, ice cream, ice cream novelties, dairy

products, toppings and any other food product in International Class 030.

5. Defendants shall cease all use of Plaintiffs' trademarks, as described in Paragraph 2, the tracks graphics described in Paragraph 3, and the moose caricature graphic described in Paragraph 4, not later than the following dates:

| | |
|---|---|
| Within five (5) business days: | Website, including url address, advertising print media, audio media, video media. |
| Within ten (10) business days: | Newsletters, invoices, mailers, product lists, clothing, signs, stationery, business cards, menus and similar items. |
| Within ninety (90) business days: | Billboards, building signs, cups, bags, clothing, phone books, directories, yellow pages and similar items. |

6. Upon full compliance with the requirements of Paragraphs 1 through 5, Plaintiffs' attorneys shall file with the Court a Notification Of Compliance, and upon receipt and filing of that document this matter will be dismissed with prejudice and without further costs to any party.

Dated: 6/23/04

_____
Hon. Nancy Gertner

Branches.10464.34821.1285134-1