# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

__DENALI CO., LLC__
     Plaintiff

V.

__MICHAEL O'SULLIVAN__
     Defendant

CIVIL ACTION

NO. __04cv10476NG__

## SETTLEMENT ORDER OF DISMISSAL

__GERTNER,     D. J.__

The Court having been advised on __May 21, 2004__ that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within one hundred twenty (120) days if settlement is not consummated.

By the Court,

__6/23/2004__                  __/s/ Jennifer Filo__
Date                             Deputy Clerk